

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2021

No. 04-20-00528-CV

Alberto **MUNIZ** and Bridget Muniz,
Appellants

v.

Mike **DUGI** and Mary Ann Dugi,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDO-18-0000406
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellants' brief was filed on April 28, 2021. Therefore, appellees' brief was due to be filed on May 28, 2021. After this court granted four unopposed motions to extend the time for appellees to file their brief, appellees' brief was due to be filed on August 2, 2021. To date, neither a fifth motion for extension of time nor appellees' brief has been filed. It is therefore ORDERED that appellees show cause in writing *within fifteen days* from the date of this order why this appeal should not be set at issue. If appellees fail to respond, this appeal will be set at issue without an appellee's brief.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court